1  SEYFARTH SHAW LLP
   Mark P. Grajski (State Bar No. 178050)
2  Jason T. Cooksey (State Bar No. 208748)
   Lindsay S. Fitch (State Bar No. 238227)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION
7  Beverly Saxon Leonard (SBN 153105)
   THE SAXON LEONARD LAW FIRM
8  1001 Second Street, Suite 345
   Napa, CA  94559
9  Telephone:  (707) 257-5378
   Facsimile:  (707) 257-5399
10
   Attorneys for Plaintiff
11 JOSEPH MARZAN

12              UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT

14 JOSEPH MARZAN,                    )  Case No. 2:08-CV-01213-LKK-KJM
                                     )
15              Plaintiff,           )  **STIPULATION AND ORDER**
                                     )
16       v.                          )
                                     )
17 COSTCO WHOLESALE CORPORATION,     )
   and Does 1-25,                    )
18                                   )
                Defendant.           )
19 _____ )

20
        Defendant Costco Wholesale Corporation and Plaintiff Joseph Marzan, through their
21
   respective counsel, hereby stipulate to extend the law and motion cutoff from Saturday July 25,
22
   2009 for nine days to Monday August 3, 2009, which is the only available law and motion
23
   hearing date after June 29, 2009.  Plaintiff's counsel is not available to attend a hearing on June
24
   29, 2009.
25

26

27

28

                                            1
                        STIPULATION AND [PROPOSED] ORDER

SC1 17103426.1 / 18811-000521

PDF created with pdfFactory trial version www.pdffactory.com

DATED: May 7, 2009                          SEYFARTH SHAW LLP


                                            By /s/
                                               _____
                                                 Mark P. Grajski
                                                 Jason T. Cooksey
                                                 Lindsay S. Fitch
                                            Attorneys for Defendant
                                            COSTCO WHOLESALE CORPORATION



DATED: May 7, 2009                          THE SAXON LEONARD FIRM


                                            By /s/
                                               _____
                                                 Beverly Saxon Leonard
                                            Attorneys for Plaintiff
                                            JOSEPH MARZAN


   **IT IS SO ORDERED.**

Dated: May 8, 2009




                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT

SC1 17103426.1 / 18811-000521

PDF created with pdfFactory trial version www.pdffactory.com