1  SEYFARTH SHAW LLP
   Mark P. Grajski (State Bar No. 178050)
2  Jason T. Cooksey (State Bar No. 208748)
   Lindsay S. Fitch (State Bar No. 238227)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION

7  Beverly Saxon Leonard (SBN 153105)
   THE SAXON LEONARD LAW FIRM
8  1001 Second Street, Suite 345
   Napa, CA  94559
9  Telephone:  (707) 257-5378
   Facsimile:  (707) 257-5399
10
   Attorneys for Plaintiff
11 JOSEPH MARZAN

12              UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT

14 JOSEPH MARZAN,                    ) Case No. 2:08-CV-01213-LKK-KJM
                                     )
15        Plaintiff,                 ) **STIPULATION FOR DISMISSAL**
                                     ) **WITH PREJUDICE; ORDER**
16    v.                             )
                                     )
17 COSTCO WHOLESALE CORPORATION,     )
   and Does 1-25,                    )
18                                   )
          Defendant.                 )
19 _____    )

20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

                                1
28     STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

SC1 17105270.1 / 18811-000521

PDF created with pdfFactory trial version www.pdffactory.com

///

Plaintiff JOSEPH MARZAN and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: July 14, 2009                         SEYFARTH SHAW LLP


By/s/Jason T. Cooksey
　　Mark P. Grajski
　　Jason T. Cooksey
　　Lindsay S. Fitch
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION


DATED: July 14, 2009                         THE SAXON LEONARD FIRM


By/s/Beverly Saxon Leonard
　　Beverly Saxon Leonard
Attorneys for Plaintiff
JOSEPH MARZAN


**IT IS SO ORDERED.**

Dated:  July 30, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

SC1 17105270.1 / 18811-000521

PDF created with pdfFactory trial version www.pdffactory.com